## CERTIFICATE OF RECORDS

I hereby certify that I am the legal custodian and keeper of the records of the _Jackson Marco AIS: 202136_ and that the documents attached hereto are true and accurate copies of documents pertaining to _Jackson, Marco_ as they appear on record and on file in my office at _Holman Correctional Facility_

I further certify that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

Signed this the _25th_ day of _September_, 2017.

_Debra Marshall_
CUSTODIAN OF RECORDS

Sworn to and subscribed before me this _25th_ day of _September_, 2017.

_Jennifer R. Parker_
NOTARY PUBLIC

My Commission Expires: _My Commission Expires 3/26/2020_

Exhibit C



## Alabama Department of Corrections

## HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME _Jackson, Marco_   AIS # _202136_ D.O.B. ████

Known Allergies: _____ NKA _____

1. Mental Health Codes:      MH-0   MH-1   MH-2   MH-3   MH-4   MH-5   MH-6
2. Medical Health Care Codes:   HC-1   HC-2   HC-3   HC-4   HC-5   HC-6 (with subset)

3. List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)
4. Note any DNR, Advance Directive/Living Will as obtained.  Note date timed out and/or date rescinded

| Date Identified: | Provider Name: | 1., 2., 3.,  Status: | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | 4. DNR, Living Will, or Advance Directive |
|---|---|---|---|---|---|---|---|
| 9/1/13 | | PPD ⊘mm | | | | | |
| 2-6-16 Arnold | | PPP | | | | | |
| 12-6-16 Arnold | | | | | | HC-1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 0-23-15 | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC CP60108AL-ADOC-OHS form H-1-a-Master Problem List – created 06/2008

Exhibit C

Alabama Department of Corrections
## Health Coding Guidelines Form

| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|

**Health Code 1** — Healthy Status, Stable, Infrequent Access to Health Care — Any Institution: In or Out of State

**Health Code 2 (females)** — Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) — In State Hold

**Health Code 3** — Health Intervention Incomplete — Hold at Current ADOC Institution

**Health Code 4** — May Require Prompt Access to 24/7 Health Care Unit Staff — House in Major Institution or within Close Proximity to Major Institution

**Health Code 5 (Check Subset)** — Requires Specialized Treatment at a Designated Health Unit — Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance
___5-a  Dialysis
___5-b  Respiratory Suspect
___5-c  Direct Observation Chemo-Therapy ..................................... -> Twice Daily Nurse Visit & Telemedicine
___5-d  Pregnancy / Post Pregnancy Recovery

**Health Code 6 (List Subsets)** — Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

**Health Code 7** — Cognitive Disorder / Alzheimer's Environment Consideration — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

Provider Comments: _____

_____

_____

Provider Signature: _____   Title: MD   Date: 12-6-16

Inmate Name: Jackson Marco   AIS#: 203136   D.O.B. [redacted]

Institution: Holman

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**Note:**
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical/unstable health condition(s) with abnormal lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014          File: Health Record

# Annual Vaccination Record

Jackson, Marco
202136

**PPD**

| Date Given mo/da/yr | Site Given L-FA or R-FA | Nurse Signature | Date PPD Read mo/da/yr | Results | Nurse Signature | If positive MD or CRNP notified & orders written |
|---|---|---|---|---|---|---|
| 7-13-11 | LFA | WoodbLPN | 7-15-11 | 0mm | Woodbln | |
| 7-7-12 | LFA | R. Shelata | 7/9/12 | 0mm | B. Philyn | |
| 8-30-13 | L-FA | A. Woodblan | 9/1/13 | 0m | rabus | |
| 12-6-14 | LDA | LWixon LPN EGaye | | | | |

**Hepatitis A/B**

_____ Refusal Signed   _____ Date   _____ Nurse Signature

_____ Refusal Signed   _____ Date   _____ Nurse Signature

_____ Refusal Signed   _____ Date   _____ Nurse Signature

|  | 0 Days | | | 7 Days | |
|---|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | | 2nd Dose Date | Nurse Signature |
|  |  |  | |  |  |

|  | 21-30 Days | | | Booster at 12 months | |
|---|---|---|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature | | 4th Dose Date | Nurse Signature |
|  |  |  | |  |  |

**Hepatitis B**

_____ Refusal Signed   _____ Date   _____ Nurse Signature

_____ Refusal Signed   _____ Date   _____ Nurse Signature

_____ Refusal Signed   _____ Date   _____ Nurse Signature

*James Whidden MD*

|  | 0 Day | | | 30 Day | |
|---|---|---|---|---|---|
| Facility | 1st Dose Date | Nurse Signature | | 2nd Dose Date | Nurse Signature |
|  |  |  | |  |  |

|  | 6 Months | |
|---|---|---|
| Facility | 3rd Dose Date | Nurse Signature |
|  |  |  |

**Tetanus**

| Date Given mo/da/yr | Site Given | Nurse Signature | Comments |
|---|---|---|---|
| 10-23-15 | Q delt | Green LP | 17-3BCA |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

AL-1001A-CMS Annual Vaccination Record
Page 1 of 2

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

# ADOC

### INMATE NAME # _Jackson Marco_

### AIS# _202136_

### DOB# _[redacted]_

**Annual Assessment**
**Five Year Record**

Year _2016_      to     Year _2020_

**This form must be placed and maintained in the current working Medical Record
Move form forward until next five year cycle is completed**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP0334AL  Alabama DOC E-4a Inmate Periodic Health Assessment, reviewed 10/2010, approved 10/28/10.

  

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | | QUESTIONS | |
|---|---|---|---|
| | | | Year: |
| **Every Year** | 1. | | Today's Date: |
| | 2. | | Current Age of Inmate: |
| | 3. | | Blood Pressure: |
| | 4. | | Temperature: |
| | 5. | | Pulse: |
| | 6. | | Respirations: |
| | 7. | | Current Weight: |
| | 8. | | Weight 6 Months (no less than) Ago: |
| | 9. | | Pounds Gained or Lost (+/-) = |
| | 10. | | "Are you having any medical problems or symptoms?" |
| | 11. | | Random Finger Stick Blood Sugar Results: |
| | 12. | | PPD Skin Test Results (in mm's): |
| | 13. | TB Health Screening Form (skin test contraindicated, now on or previously on TB medication). Results: | |
| | 14. | | Sexually Transmitted Diseases Education Provided – Inmate / Health Person Initials: |
| | 15. | | Personal Hygiene and Hand Washing Education Provided – Inmate / Health Person Initials: |
| | 16. | Breast (female) / Testicular (male) Self Exam Education Provided – Inmate / Health Person Initials: | |
| | 17. | | Vaccination Status Current: |
| *Female:* | 18. | Last 3 consecutive PAP Smear results normal (if any are abnormal or unknown a PAP Smear is needed): | |
| | 18. a. | | PAP Smear: |
| | 18. b. | | Breast Exam: |
| | 18. c. | | Health Care Professional Signature / Title: |
| ***Age 40 or Over** | 19. | Mother, father, sister, or brother known with colon cancer? (*If yes; rectal exam with stool for occult bld.): | |
| Age 50 or Over | 20. | | Rectal Exam: |
| | 21. | | Stool for Occult Blood: |
| | 22. | | Health Care Professional Signature / Title: |
| | 23. | | Oral Screening: |
| | 24. | | Health Care Professional Signature / Title: |
| | 25. | | Oral Hygiene Instruction Provided – Inmate / Health Person Initials: |
| | | | Snellen Eye Exam |
| | 26. | | Without Corrective Lens: |
| | 27. | | With Corrective Lens: |
| **Every Five Years** | 42. | * Age Appropriate or Clinically Indicated | EKG: |
| | 43. | | *Rectal Exam: |
| | 44. | | Stool for Occult Blood: |
| *Male:* | 45. | | Prostate Exam: |
| *Male:* | 46. | | Testicular Exam: |
| | 47. | | Health Care Professional Signature / Title: |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Jackson Marco     AIS# 202136     D.O.B.

Exhibit C



**Alabama Department of Corrections**
**Inmate Periodic Health Assessment -- Form E-4-(a)**

| | RESPONSE | | RESPONSE | | RESPONSE |
|---|---|---|---|---|---|
| **Year 1** | Institution: Holman | **Year 2** | Institution: | **Year 3** | Institution: |
| 1. | R 614 | 1. | | 1. | |
| 2. | 4 | 2. | | 2. | |
| 3. | 105/75 | 3. | | 3. | |
| 4. | 97.2 | 4. | | 4. | |
| 5. | 62 | 5. | | 5. | |
| 6. | 18 | 6. | | 6. | |
| 7. | 204     lbs. | 7. |     lbs. | 7. |     lbs. |
| 8. | 204     lbs. | 8. |     lbs. | 8. |     lbs. |
| 9. | 0     lbs. | 9. |     lbs. | 9. |     lbs. |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | 10. | No / Yes (see notes) |
| 11. | 160 | 11. | | 11. | |
| 12. |     mm's | 12. |     mm's | 12. |     mm's |
| 13. NA | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) |
| 14. | 20/40 / 20/40 | 14. |     / | 14. |     / |
| 15. | 20/30 / 20/30 | 15. |     / | 15. |     / |
| 16. | 20/30 / 20/30 | 16. |     / | 16. |     / |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | 17. | Yes / No (see notes) |
| 18. NA | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) |
| 18. c. | | 18. c. | | 18. c. | |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | 19. | No / Yes (see results below) |
| 20. NA | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) |
| 22. | | 22. | | 22. | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) |
| 24. | | 24. | | 24. | |
| 25. |     / | 25. |     / | 25. |     / |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 26. | / / | 26. | / / | 26. | / / |
| 27. | / / | 27. | / / | 27. | / / |
| 42. ✓ | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) |
| 43. ✓ | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) |
| 44. ✓ | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) |
| 45. ✓ | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) |
| 46. ✓ | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) |
| 47. | | 47. | | 47. | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Jackson Marco     AIS# 202136     D.O.B. ▮▮▮

  

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| Year 4 | RESPONSE Institution: | Year 5 | RESPONSE Institution: | Health Care Codes: |
|---|---|---|---|---|
| 1. | | 1. | | **Year 1** |
| 2. | | 2. | | Current Health Care Code: |
| 3. | | 3. | | Provider Signature / Date: |
| 4. | | 4. | | |
| 5. | | 5. | | **Year 2** |
| 6. | | 6. | | Current Health Care Code: |
| 7. | lbs. | 7. | lbs. | Provider Signature / Date: |
| 8. | lbs. | 8. | lbs. | |
| 9. | lbs. | 9. | lbs. | **Year 3** |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | Current Health Care Code: |
| 11. | | 11. | | Provider Signature / Date: |
| 12. | mm's | 12. | mm's | |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | **Year 4** |
| 14. | / | 14. | / | Current Health Care Code: |
| 15. | / | 15. | / | Provider Signature / Date: |
| 16. | / | 16. | / | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | **Year 5** |
| 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | Current Health Care Code: |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | Provider Signature / Date: |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | |
| 18. c. | | 18. c. | | **Year 1 Assessment Conducted by:** Health Care Professional Signature / Date: |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | |
| 22. | | 22. | | **Year 2 Assessment Conducted by:** Health Care Professional Signature / Date: |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | |
| 24. | | 24. | | |
| 25. | / | 25. | / | |
| | OD / OS / OU | | OD / OS / OU | **Year 3 Assessment Conducted by:** Health Care Professional Signature / Date: |
| 26. | / | 26. | | |
| 27. | / | 27. | / | |
| | | | | **Year 4 Assessment Conducted by:** Health Care Professional Signature / Date: |
| | | | | **Year 5 Assessment Conducted by:** Health Care Professional Signature / Date: |
| | | | | **Begin Next Five Year Periodic Health Assessment Cycle:** Month: Year: |
| 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | |
| 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | ADOC – Office of Health Services |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | Policy and Procedure E-4 |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | Revised December 1, 2011 |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | |
| 47. | | 47. | | |

CONFIDENTIAL and PRIVILEGED
Quality Improvement Information

Inmate Name: Jackson Marco   AIS# 802136   D.O.B

Attachment 2

# C🌑RIZON™

## T.B. Screening Form

Skin Test Positive Date: _NA_____   MM Reading:_____   Today's Date: _12-6-16_

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | ✓ |
| Fever / Chills | _____ | ✓ |
| Hoarseness | _____ | ✓ |
| Chest Pain | _____ | ✓ |
| Weight Loss | _____ | ✓ |
| Usual Weight | _200-210_ | |
| Present Weight | _204_ | |
| Night Sweats | _____ | ✓ |
| Excessive Fatigue | _____ | ✓ |
| Dyspnea | _____ | ✓ |
| Productive Cough (more than 3 weeks) | _____ | ✓ |

IF YES:
Sputum Production _____   Color _____

Consistency _____

Hemoptysis _____denied_____

HIV Positive _____ordered (labs and ms)_____

Nurse Signature _____Egan RN_____ Date _12-6-16_

***Chest X-Ray & Sputum if any YES answers (excluding HIV).***

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Jackson Marco | 202136 | ███████ | L & Phillidman |

Quality Improvement information

CP60512AL
Issued 4/2010

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.

**Alabama Department of Corrections**

**INMATE FOOD SERVICE CLEARANCE**



**CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):**

| | | |
|---|---|---|
| **Diarrhea?** | ☐ Yes | ☑ No |
| **Vomiting?** | ☐ Yes | ☑ No |
| **Jaundice?** | ☐ Yes | ☑ No |
| **Sore throat with fever?** | ☐ Yes | ☑ No |
| **Infected Cut or Open and/or Draining wound?** | ☐ Yes | ☑ No |
| **TB symptoms screening negative?** (complete TB Symptoms Screening form) | ☑ Yes | ☐ No |
| **Heat Related Restrictions?** | ☐ Yes | ☑ No |

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **is** medically cleared as a food service worker at this time.

☐ He/she **is not** medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _____ days / months (circle one).

CGray DP / ____      12-16-16

**Licensed Health Care Professional Signature / Title**      **Date**

_Jackson Marco_      _202136_      ▮▮▮▮      _Holman_
**INMATE NAME**      **AIS #**      **DOB**      **INSTITUTION**

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

File:
Original in Health Record
Copy to ICS

NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.

Exhibit C

Alabama Department of Corrections
## Inmate Consent for Verbal Communication / Release of Current Health Status



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS  H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

......................................................................................................................................

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

_____     _*mother*_____
Name                                                                      Family Relationship

_____     _____
Address                                                                  Phone Number

_____     _____
Name                                                                      Family Relationship

_____     _____
Address                                                                  Phone Number

Inmate Name (printed): _Jackson Marco_____

AIS # : _202136_____                    Date of Birth: ████████

Inmate Signature: _Marco Jackson_____

_R. Dix_____          _Un_____     _12-4-14_
Authorized Health Care Professional   (signature)          Title          Date

082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

# ADOC

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_mother_

Name       Relationship

Street Address       Phone Number

City      State    Zip Code

X _Marco Jackson_ _202134_   _12-6-16_

Inmate Signature   Doc#  S.S.#  Date

             _12-6-16_

Witness            Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Jackson Marco | 202136 | | B/M | TRIAL & PRIVILEGED Quality Improvement Information |

**AL-70003-CMS Notification of Next of Kin**



# Nursing Encounter Tool
## Skin
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;*
*Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Demographics/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 9-5-17 | Time Seen: 0910 |
| Patient Name: Last Jackson | First: Marco | MI | ID #: 202136 Age: 49 |

| Vital Signs: | *T>100 T: 99 | *P>100 P: 100 | *SBP<100 | Pulse 99 | % RA O2: | /lpm | Wt: 188 | ☑ Actual |
|---|---|---|---|---|---|---|---|---|
| *Call Practitioner | | R: 20 | BP: 110/79 | | | | | ☐ Reported |

Allergies: N/A

Chronic care clinic: ☐ Y ☒ N    What Clinic(s): 

| Subjective | Objective |
|---|---|
| **Chief Complaint:** Inflamed corrub @ cheek<br>**Onset Date:** 1 month    **Location** _____<br><br>**Have you had this problem before?** ☑ Y ☐ N<br>Describe: _____<br><br>**Associated Factors:**<br>☑ Pain scale is now **5** /10  at worst **10** /10<br>What makes it better: nothing<br>What makes it worse: nothing<br>☑ Redness      ☐ Fever<br>☐ Itching       ☐ Burning<br>☐ Tingling      ☑ Swelling<br>☑ Tenderness   ☐ Rash<br>☑ Shave bumps<br>☐ Open or draining<br>Describe: _____<br>☐ Recent injury to area  Date: _____<br>Describe: _____<br>☐ Recent exposure to allergens/irritants Date: ___<br>Describe: _____<br><br>**Current Medications: (mark all that apply)**<br>☐ Anticoagulants  ☐ Steroids<br>☐ Other: _____ N/A<br>☐ Recent vaccination within past 7 days<br>What vaccination? _____<br>☐ New medication within past 30 days<br>What medication? _____<br><br>**Pertinent Medical Conditions:**<br>☐ Eczema   ☐ Shingles<br>☐ Diabetes  ☐ MRSA  ☐ Scabies<br>☐ Jock itch  ☐ Immunocompromised  ☐ Athlete's foot<br>☐ Decreased circulation   ☐ IV drug use | **Location of skin condition:**<br>☑ Head  ☐ Trunk  ☐ Back  ☐ Genitals<br>☐ R arm  ☐ L arm  ☐ R hand  ☐ L hand<br>☐ R leg  ☐ L leg  ☐ R foot  ☐ L foot<br>Describe: _____<br><br>**Skin:**<br>☑ Warm    ☐ Dry    ☐ Pale    ☐ Yellow<br>☐ Cool    ☐ Cold    ☐ Hot    ☐ Red streak<br>☐ Clammy  ☐ Scaly   ☐ Red    ☐ Cracking<br>☐ Blisters ☐ Tender to touch<br>☐ Lice or nits seen<br>☐ Mite tunnels<br>☐ Fresh needle tracks<br>☐ Bleeding<br>Describe: N/A<br>☑ Swelling<br>Describe: Sl. swelling to @ chin bump<br>☐ Open area: Size: N/A ___ mm<br>Describe: N/A<br>☐ Drainage: Amount: N/A<br>Describe: N/A<br>☐ Odor<br>Describe: N/A<br>☐ Embedded foreign object<br>Describe: N/A<br>☐ Rash: Size: N/A<br>Describe: N/A<br>☐ Nail involvement<br>Describe: N/A<br><br>**Tests:**<br>☐ Fingerstick result _____ (Diabetics)<br><br>**Comments:** _____ |

| Nurse signature | Print/stamp  L Brown |
|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit C

# C⚙RIZON
### HEALTH™
CONFIDENTIAL & PRIVILEGED
Quality improvement information

**Nursing Encounter Tool**
*Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;*
*Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Patient | Last Marco | First Jackson | ID Number 202136 |
|---|---|---|---|

## ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated _____ Time: _____
EMS arrival _____ Time: _____
EMS transport _____ Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

## ☐ Urgent Intervention-Contact Practitioner
### Practitioner contact required due to: (check all that apply).
☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ Uncontrolled bleeding
☐ Hot, red, tender, odoriferous
☐ Lacerations needing stitches
☐ Isolation if suspect Shingles or Chickenpox until lesions dry

☐ Abnormal fingerstick, Diabetic <70 or >240

☐ Other: _____
Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Seen by practitioner  Name:_____ Time:_____
☐ Contacted practitioner  Name:_____ Time:_____
☐ Read back practitioners orders

Practitioner orders received ☐ Y ☐ N
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
COMMENTS/ORDERS:

## ☐ Nursing Intervention

### CONTINUITY OF CARE
☐ Hot packs
☐ Wound care
☐ RICE (Rest, Ice, Compress, Elevate)
☐ Nurse follow up scheduled
☐ Referral to practitioner for Mite tunnels
☐ Referral to practitioner for Lice or Nits
☐ Referral to practitioner for open area with drainage
☐ Referral to practitioner for current presenting complaint
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs
☐ No further follow up needed at this time

### MEDICATION
☐ O₂ @ _____ LPM via _____

☐ KOP
☐ Medication administered
☐ Medication noted on MAR
☐ Steri strips: Number placed: _____

### PATIENT EDUCATION
☐ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided  ☐ Verbal information given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care.
COMMENTS:
Bactrim 900mg BID x 3 days
Motrin 400mg BID x 7 days

| Nurse signature | Print/stamp LBrown | Date/time 9/5/17 @ 0910 |
|---|---|---|

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit C



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I have these big hair bumps in my face like knots that hurts real bad trying to get some antibotics

Name (print): Marco Jackson   AIS # 202136   Date of Birth ▮▮▮▮▮

Institution: Holman   Housing Area: B-69   Date: 9-3-17

Sick Call Form Collected by Health Staff: CB (initials) Title: RN Date: 9-4-17 Time: 1255

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: CC Crayton   Date: 9-4-17

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

✓ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Marco Jackson   # 202136

Inmate Name   AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.



**Nursing Encounter Tool**
*Chest Pain*

| Demographic/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 5-25-17 | | Time Seen: 22:15 pm |
| Patient Name: Last Jackson | First Marco | MI | ID # 202136 | DOB: Age: 41 |
| Vital Signs: *Call Practitioner | *T>100→ *P>100 T: 98.6 P: 89 | R: 20 | *SBP<100 BP: 148/95 | Pulse Ox: 99% RA O₂: /lpm | Wt: 188 ☑ Actual ☐ Reported |
| Allergies: NKA | | | | |
| Chronic care clinic: ☐ Y ☑ N   What Clinic(s): | | | | |

| Subjective | Objective |
|---|---|
| **Chief Complaint:** "I stroved some Marythma adult | Apical pulse: 90 |
| Onset Date: 5-25-17   Time: 1900 pm 3 day | |
| Have you had this problem before? ☐ Y ☑ N and Chest | **Respiratory:** |
| Describe: shop study | ☑ Normal |
| Recent injury/trauma to chest: ☐ Y ☑ N | ☐ Cough ☐ Labored ☐ SOB |
| Explain: | ☐ Stridor ☐ Accessory muscle use |
| **Chest Pain:** | |
| ☐ Pain scale: now 4 /10 at worst 8 /10 | **Lung sounds:** |
| What makes it better: Nothing | R Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
| What makes it worse: Nothing | L Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ Wet |
| ☐ Sharp/stabbing ☐ Worse with deep breathing | **Pulse:** |
| ☐ Radiation ☐ Neck ☐ Jaw ☐ Arm | ☑ Regular ☐ Irregular ☐ Strong |
| ☐ Crushing ☐ Heaviness ☐ Tightness | ☐ Weak ☐ Thready ☐ Bounding |
| ☐ Constant ☑ Intermittent | |
| **Associated Factors:** | **Skin:** |
| ☐ Lightheaded ☐ Fainting ☐ Sweating | ☑ Warm |
| ☐ Nausea/vomiting ☐ Anxiety | ☑ Dry |
| ☐ Fever ☐ Shortness of breath | ☐ Pale |
| ☐ Cough ☐ Productive ☐ Nonproductive | ☐ Red |
| **Other Factors:** | ☐ Cold |
| ☑ Smoking 1 ppd/ 30 yrs | ☐ Clammy |
| ☐ Recent respiratory infection ☐ Recent cocaine use | **Abdomen:** |
| ☐ Foreign substance ☐ Ingested ☐ Inhaled ☐ Injected | ☑ Soft-non-tender ☐ Distended ☐ Hard ☐ Tender |
| What: | ☐ Rebound tenderness ☐ Guarding |
| **Current Medications: (mark all that apply)** | |
| Pull current MAR, copy and attach | **Lower extremities:** |
| ☐ Aspirin ☐ Nitroglycerin | ☐ Pedal Pulse   ☐ Left ☐ Right (Dorsalis pedis) Normal |
| ☐ Anticoagulants | ☐ Pitting Edema ☐ Left _____(+) ☐ Right _____(+) |
| ☐ Oral contraceptives ☐ Heart or BP meds | ☐ Tenderness ☐ Left ☐ Right |
| ☐ Other: | |
| ☐ New medication within past 30 days? | **Tests:** |
| What Medication? | ☐ Fingerstick result N/A (Diabetics) |
| **Pertinent Medical Conditions:** | ☐ EKG (All) |
| ☐ High cholesterol ☐ High blood pressure | |
| ☐ CHF ☐ Stroke ☐ Previous MI ☐ Heartburn/GERD | |
| ☐ Pacemaker ☐ Stent ☐ CAD | |
| ☐ Diabetes ☐ Cardioversion | |
| ☐ Atrial fibrillation ☐ Internal defibrillator | **Comments:** |
| ☐ History of blood clots in the lungs | |
| ☐ History of blood clots in the legs | |
| ☐ Cardiac surgery  What: | |
| When: | |
| **Family History** | |
| ☐ Cardiac  Who: _____ Age at onset: | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

| | |
|---|---|
| T Hucks LPN | T. Hucks |
| Nurse signature | Print/stamp |

NA6251b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit C



**Nursing Encounter Tool**
*Chest Pain*

| Patient | Last _Jaxsun_ | First _Maico_ | ID Number _202136_ |
|---|---|---|---|

## ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated    Time: _____
EMS arrival    Time: _____
EMS transport    Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS:

## ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to:** (check all that apply)

☐ Call practitioner for any chest pain
☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100

☐ Abnormal fingerstick, Diabetic <70 or > 240
☐ Abnormal EKG
☐ Other: _____
Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Seen by practitioner Name: _____ Time: _____
☐ Read back practitioners orders

Practitioner Orders Received ☐ Y ☐ N
Disposition ☐Return to unit ☐Monitor/Observation ☐ Admit to infirmary ☐ Other: _____
COMMENTS/ORDERS:

## ☐ Nursing Intervention

**CONTINUITY OF CARE**

☐ Nurse follow up scheduled
☐ Referral to practitioner for current presenting complaint
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs
☒ No further follow up needed at this time

**MEDICATION**

☐ O₂ @_____ LPM via _____
☐ OTC medication per site guideline
List: Nitroglycerin, if allergic get order from practitioner (Acetylsalicylic Acid)
☐ KOP
☐ Medication noted on MAR

**PATIENT EDUCATION**

☒ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided    ☐ Verbal information given
☒ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS: _EKG = Normal Sinus Rhythm_

| Nurse signature _T. Hunter_ | Print/stamp _T. Hunter RN_ | CONFIDENTIAL & PRIVILEGED Quality Improvement Information Date/time |
|---|---|---|

NA6251b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2



**CORIZON**
HEALTH

## Nursing Encounter Tool
### *Musculoskeletal*
### *(Back Pain, Musculoskeletal, Fracture)*

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 11-11-16 | Time Seen: 0445 |
| Patient Name: Last Jackson | First Mario | MI | ID # 202136 | DOB ████ Age: 41 |

**Vital Signs:**
*Call Practitioner
Allergies: NKDA
Chronic care clinic: ☐ Y ☒ N   What Clinic(s):

| | *T>100 T:99 | *P>100 P: 86 | R: 18 | *SBP<100 BP: 98/75 | Pulse Ox 96% | ☐ RA ☐ O₂: ___/lpm | Wt: 195 | ☒ Actual ☐ Reported |

---

### Subjective

Chief Complaint: "My left side hurts"
Onset Date: 11-9-16

☒ Trauma
  Describe injury: Pt states "cert team"
☐ Difficulty breathing
☒ Pain ☐ Chronic ☒ Acute
  ☐ Dull ☒ Sharp ☐ Achy ☐ Burning
☒ Pain scale is now 6/10 at worst 8/10
What makes it better: 0
What makes it worse: movement
☐ Radiation
  Describe: _____

**Associated Factors:**
☐ Urinary incontinence ☐ Painful urination
☐ Fecal incontinence ☐ Tingling
☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever
☐ Numbness: ☐ Chronic ☐ Acute Describe: ____
☐ Weakness: ☐ Chronic ☐ Acute Describe: ____
☐ Weight change ☐ Gain: ____ ☐ Loss: ____
☐ Impaired mobility ☐ Impaired ADL's

**Current Medications: (mark all that apply)**
☐ Steroids ☐ NSAIDS ☐ Anticoagulants
☐ New medication in the past 30 days?   NONE

What medication: _____

**Pertinent Medical Conditions:**
☐ Arthritis
☐ Cancer
☐ Osteoporosis          NONE
☐ Kidney disease/stones
☐ Back surgery
☐ Working lifting heavy objects
Explain: _____
☐ Recent weight lifting _____ lbs.
☐ Other: _____

Tetanus Booster >5 years ☐ Y ☐ N ☐ Unknown
Ever had a Tdap ☐ Y ☐ N ☐ Unknown

### Objective

**Skin**
☒ Warm ☒ Dry ☐ Pale
☐ Red ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising

**Abdomen**
☒ Normal
☐ Pulsatile mass in abdomen
☐ Lumps ☐ Redness

**Extremities**
☒ Pedal pulse: + R + L  ☐ Radial pulse: + R + L
☒ Handgrips equal and strong
☐ Handgrips unequal and weak
  Describe: _____
☐ Tender to touch
  Describe: _____
☒ Straight leg raise equal and strong
☐ Straight leg raise unequal and weak
  Describe: _____
☒ Posture erect
☐ Posture not erect
  Describe: _____
☒ Gait symmetrical
☐ Gait not symmetrical
  Describe: _____
☒ Able to walk heel to toe
☐ Able to squat and rise

**Tests**
☐ Fingerstick result N/A (diabetics)
☐ Dipstick U/A ☐ Normal ☐ Abnormal (see lab slip)
(Back pain or excessive exercise)

**Comments:**
_____
_____
_____
_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Nurse signature | Print/stamp |
|---|---|



## Nursing Encounter Tool
### *Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

| Patient | Last Jackson | First Marco | ID Number 202136 |
|---|---|---|---|

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated    Time: _____
EMS arrival    Time: _____
EMS transport    Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS: _____

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to:** (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100    ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal abdominal exam    ☐ Abnormal dipstick UA
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM    ☐ Other: _____
☐ Obvious deformity    Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Uncontrolled bleeding    ☐ Seen by practitioner    Name: _____ Time: _____
☐ Absence of pedal or radial pulse    ☐ Contacted practitioner    Name: _____ Time: _____
Practitioner Orders Received ☐ Y ☐ N    ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____
COMMENTS/ORDERS: _____

### ☐ Nursing Intervention

| CONTINUITY OF CARE | MEDICATION |
|---|---|
| ☐ Nurse follow up scheduled | ☐ O₂ @ _____ LPM via _____ |
| ☐ Referral to practitioner for current presenting complaint | ☐ OTC medication per site guideline |
| | List: Acetaminophen, Ibuprofen |
| ☐ Custody notified of special needs | ☐ KOP |
| | ☑ Medication administered |
| ☐ No further follow up needed at this time | ☐ Medication noted on MAR |

### PATIENT EDUCATION

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given  ☐ Written information provided  ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS: Lung sounds clear bilaterally Bruising x 3 noted to L side and hip. ∅ edema noted. Ibuprofen 400mg PO BID x 7d

| Nurse signature AWall, Lpn | Print/stamp AWall Lpn | Date/time |
|---|---|---|

CONFIDENTIAL
Quality Improvement Information

NA6225b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit C

 **Alabama Department of Corrections**
**Sick Call Request**


**Reason for Sick Call Request:**
Because I'm in so much pain from getting beat and hit with sticks in my ribs and back it's difficult for me to breathe

Name (print): Marco Jackson    AIS # 202136    Date of Birth ▮▮▮

Institution: Holman    Housing Area: B-69    Date: 11-10-16

Sick Call Form Collected by Health Staff: ▮▮ (initials) Title ▮    Date: 11/10/16   Time: 1330

**Request Triaged (check as appropriate):**

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ✓ Bring to HCU at this time for further evaluation

    (2) ____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: Gray RN    Date: 11-10-16

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ____ Resolved by Nurse Encounter    2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**    (a) ____ Medical Provider

____ $4.00 - Nurse    (b) ____ Dental Clinic

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge    (c) ____ Mental Health Services

____ $4.00 – Scheduled but Refused Encounter    (d) ____ Other:_____

Marco Jackson    #202136
Inmate Name    AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record    © 2014 Corizon Health, Inc.
CP7166AL    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review



## Progress Note

| | Last | | First | | MI |
|---|---|---|---|---|---|
| Name: Jackson, Marco | | | 202134 | | |

Date of Birth:    ID #:

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 11/10/16 | 1400 | notified DOC Officer K-Johnson CO, to bring pt to hcu at this time √ for further evaluation —RD | |
| | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

© 2015 Corizon Health, Inc.   All rights reserved.

CS1104

Exhibit C

**C⊘RIZON**
HEALTH™

**Alabama Department of Corrections**
**Inmate Body Chart Documentation Form**



Institution: _Holman_                                    Date: _11-9-16_   Time: _0900_

Individual Requesting Body Chart (print name): _Cert team_                Title: _____

**Inmate statement:**

"  _" I haven't done a damn thing "_  "



**Description of markings:**

_A/O x 3  Resp even nonlabored.  Ø distress noted._
_Slight redness noted to middle back.  Ø needs voiced_
_VS:  98.2  96  19  120/82  Ø98%_

**Check below:**
____ **\*NET** additionally completed and filed in the inmate health record.
__✓__ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): _Ali Hall, Lpn_                Date: _11-9-16_  Time: _0900_

Inmate Name: _Jackson, Marco_                         AIS # _____   DOB: ▇▇▇▇

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

Page 22 of 75                                                                 Exhibit C



**Nursing Encounter Tool**
*Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;*
*Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Demographics/Vital Signs | | | |
|---|---|---|---|
| Facility Name: HCF | Location Seen: HCU | Date Seen: 7.7.16 | Time Seen: 2015 |
| Patient Name: Last Jackson | First Maurice | MI — | ID # 202136 | DOB ___ Age: |
| Vital Signs: *T>100 97.6 *P>100 P: 100 R: 8 | *SBP<100 BP: 116/86 | Pulse Ox: % □BA □O₂: /lpm Wt: 204 | ☒ Actual □ Reported |
| *Call Practitioner. | | | |
| Allergies: NKA □Y □N | | | |
| Chronic care clinic: □ Y □N   What Clinic(s): | | | |

## Subjective

Chief Complaint: "I have a cyst on my eye."
Onset Date: ongoing   Location Lt eyelid

Have you had this problem before: □Y ☒ N
Describe: ongoing complaint (Hx)

**Associated Factors:**
□ Pain scale is now ___ 0 ___/10  at worst ___ 0 ___/10
What  makes it better ___
What makes it worse: Nothing
☒ Redness       □ Fever
□ Itching        □ Burning
□ Tingling       ☒ Swelling
□ Tenderness     □ Rash
□ Shave bumps
□ Open or draining
  Describe: 0
□ Recent injury to area  Date: ___
  Describe: 0
□ Recent exposure to allergens/irritants Date: ___
  Describe: 0

**Current Medications: (mark all that apply)**
□ Anticoagulants   □ Steroids
□ Other: 0
□ Recent vaccination within last 7 days
What vaccination? ___
□ New medication within past 30 days?
What medication? ___

**Pertinent Medical Conditions:**
□ Eczema □ Shingles 0
□ Diabetes □ MRSA □ Scabies
□ Jock itch □ Immunocompromised □ Athlete's foot
□ Decreased circulation □ IV drug use

## Objective

**Location of skin condition:**
☒ Head   □ Trunk   □ Back   □ Genitals
□ R arm  □ L arm   □ R hand  □ L hand
□ R leg  □ L leg   □ R foot  □ L foot
Describe: Lt eyelid

**Skin:**
☒ Warm     ☒ Dry    □ Pale     □ Yellow
□ Cool     □ Cold   □ Hot      □ Red streak
□ Clammy   □ Scaly  □ Red      □ Cracking
□ Blisters □ Tender to touch
□ Lice or nits seen
□ Mite tunnels
□ Fresh needle tracks
□ Bleeding
  Describe: 0
☒ Swelling eye   Small raised area noted to Lt eyelid
  Describe:
□ Open area: Size: ___mm
  Describe:
□ Drainage: Amount: ___
  Describe:
□ Odor
  Describe: 0
□ Embedded foreign object
  Describe: 0
□ Rash Size: 0
  Describe: 0
□ Nail involvement
  Describe: 0

**Tests:**
□ Fingerstick result NA ___ (Diabetics)

**Comments:**

Nurse signature _____
Print/stamp _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2



## Nursing Encounter Tool
### *Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis; Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Patient | Last Jackson | First Marco | ID Number 202136 |

---

### ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated       Time: _____
EMS arrival                Time: _____
EMS transport              Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS: _____

---

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ Uncontrolled bleeding
☐ Hot, red, tender, odoriferous
☐ Lacerations needing stitches
☐ Isolation if suspect Shingles or Chickenpox until lesions dry

☐ Abnormal fingerstick, Diabetic <70 or >240

☐ Other: _____
Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Seen by practitioner   Name: _____ Time: _____
☐ Contacted practitioner  Name: _____ Time: _____
☐ Read back practitioners orders

Practitioner orders received ☐ Y ☐ N
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____
COMMENTS/ORDERS: _____

---

### ☐ Nursing Intervention

#### CONTINUITY OF CARE
☐ Hot packs
☐ Wound care
☐ RICE (Rest, Ice, Compress, Elevate)
☐ Nurse follow up scheduled
☐ Referral to practitioner for Mite tunnels
☐ Referral to practitioner for Lice or Nits
☐ Referral to practitioner for open area with drainage
☒ Referral to practitioner for current presenting complaint
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs
☐ No further follow up needed at this time

#### MEDICATION

☐ O₂ @ _____ LPM via _____

☐ KOP
☐ Medication administered
☐ Medication noted on MAR
☐ Steri strips: Number placed: _____

#### PATIENT EDUCATION
☒ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided   ☐ Verbal information given
☒ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS: MD appt. Aug. 9th

| Nurse signature | Print/stamp | Date/time |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I have a big Knot on my eye and before I came here I supposed to ~~been~~ went got it cut off with lasyer surgery---

Name (print): Marco Jackson    AIS # 202136    Date of Birth [redacted]

Institution: Holman    Housing Area: M-68    Date: 7-14-16

Sick Call Form Collected by Health Staff: _____ (initials) Title: LPN Date: 7/15/16 Time: 0230

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 7/15/16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

✗ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

(a) ✗ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) _____ Other: _____

Marco Jackson
Inmate Name

202136
AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2013 Corizon Health, Inc.

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review



Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _Holman_                    Date: _6/30/16_   Time: _2005_

Individual Requesting Body Chart (print name): _Bettis / Bolar_                    Title: _Lt._

**Inmate statement:**

" _What am I supposed to say_                                                              "

**Description of markings:**

_AAOx3 Skin W/D Ø Wounds visible_
_T 98.9  P 102  R 20      BP 102/70    SpO2 96%_

Check below:
___ **\*NET** additionally completed and filed in the inmate health record.
___ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): _L Accemanen_                    Date: _6/30/16_ Time: _2005_

Inmate Name: _Marco Jackson_          CONF#DENTIAL 202132 PRIVILEGED DOB: ████████

Quality Improvement information

CP70007AL          File: Original-Inmate Health File   Copy: ADOC Official          © 2014 Corizon Health Inc.
Issued 8/2014     ADOC Office of Health Services   Form E 11 (a) 8/2014

Exhibit C



**Nursing Encounter Tool**

*Skin*

*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;*
*Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Demographics/Vital Signs | | | |
|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 6-1-16 | Time Seen: 1000 |
| Patient Name: Last Jackson | | First Marco | MI ID # 202136 DOB Age: 46 |
| Vital Signs: **Call Practitioner** | *T>100 T: 98.3 | *P>100 P: 64 R: 18 | *SBP<100 BP: 110/64 Pulse Ox 99 % ☐RA ☐ O₂: /lpm Wt: 180 ☐ Actual ☑ Reported |
| Allergies: NKA | | | |
| Chronic care clinic: ☐ Y ☑ N   What Clinic(s): | | | |

| Subjective | Objective |
|---|---|
| **Chief Complaint:** Cyst on L eyelid<br>**Onset Date:** 4-18-16  Location L Eye lid<br><br>Have you had this problem before: ☑ Y ☐ N<br> Describe: 20 yrs ago.<br><br>**Associated Factors:**<br>☐ Pain scale is now __6__/10 at worst __6__/10<br>What makes it better ___<br>What makes it worse: ___<br>☑ Redness        ☐ Fever<br>☐ Itching         ☐ Burning<br>☐ Tingling        ☐ Swelling<br>☐ Tenderness      ☐ Rash<br>☐ Shave bumps<br>☐ Open or draining<br> Describe: ___<br>☐ Recent injury to area  Date: ___<br> Describe: ___<br>☐ Recent exposure to allergens/irritants Date: ___<br> Describe: ___<br><br>**Current Medications: (mark all that apply)**<br>☐ Anticoagulants  ☐ Steroids<br>☐ Other: ___<br>☐ Recent vaccination within last 7 days<br>What vaccination? ___<br>☐ New medication within past 30 days?<br>What medication? ___<br><br>**Pertinent Medical Conditions:**<br>☐ Eczema  ☐ Shingles<br>☐ Diabetes  ☐ MRSA ☐ Scabies<br>☐ Jock itch  ☐ Immunocompromised ☐ Athlete's foot<br>☐ Decreased circulation  ☐ IV drug use | **Location of skin condition:**<br>☑ Head  ☐ Trunk  ☐ Back  ☐ Genitals<br>☐ R arm  ☐ L arm  ☐ R hand  ☐ L hand<br>☐ R leg  ☐ L leg  ☐ R foot  ☐ L foot<br> Describe: L eye lid<br><br>**Skin:**<br>☑ Warm   ☑ Dry    ☐ Pale   ☐ Yellow<br>☐ Cool   ☐ Cold   ☐ Hot    ☐ Red streak<br>☐ Clammy ☐ Scaly  ☐ Red    ☐ Cracking<br>☐ Blisters ☐ Tender to touch<br>☐ Lice or nits seen<br>☐ Mite tunnels<br>☐ Fresh needle tracks<br>☐ Bleeding<br> Describe: ___<br>☑ Swelling<br> Describe: L eyelid<br>☐ Open area: Size: _____mm<br> Describe: ___<br>☐ Drainage: Amount: ___<br> Describe: ___<br>☐ Odor<br> Describe: ___<br>☐ Embedded foreign object<br> Describe: ___<br>☐ Rash Size: ___<br> Describe: ___<br>☐ Nail involvement<br> Describe: ___<br><br>**Tests:**<br>☐ Fingerstick result _____ (Diabetics)<br><br>**Comments:**<br>___<br>___<br>___<br>___<br>___ |

| | |
|---|---|
| A Weaver | A Weaver |
| **Nurse signature** | **Print/stamp** |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2



# Nursing Encounter Tool
## *Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis; Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Patient | Last Jackson | First Marco | ID Number 202136 |
|---|---|---|---|

---

### ☐ Emergent Intervention

Practitioner notified: _____ Time:_____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated          Time:_____
EMS arrival                           Time:_____
EMS transport                       Time:_____
Facility transported to:_____
☐ Other:_____

COMMENTS:

---

### ☐ Urgent Intervention-Contact Practitioner
#### Practitioner contact required due to: (check all that apply)
☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100      ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Uncontrolled bleeding
☐ Hot, red, tender, odoriferous                                                     ☐ Other:_____
☐ Lacerations needing stitches                                                    Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Isolation if suspect Shingles or Chickenpox until lesions dry     ☐ Seen by practitioner     Name:_____ Time:____
                                                                                                    ☐ Contacted practitioner   Name:_____ Time:____
Practitioner orders received ☐ Y ☐ N                                          ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:_____
COMMENTS/ORDERS:

---

### ☐ Nursing intervention

| CONTINUITY OF CARE | MEDICATION |
|---|---|
| ☐ Hot packs | |
| ☐ Wound care | ☐ O₂ @_____LPM via_____ |
| ☐ RICE (Rest, Ice, Compress, Elevate) | |
| ☐ Nurse follow up scheduled | |
| ☐ Referral to practitioner for Mite tunnels | ☐ KOP |
| ☐ Referral to practitioner for Lice or Nits | ☐ Medication administered |
| ☐ Referral to practitioner for open area with drainage | ☐ Medication noted on MAR |
| ☑ Referral to practitioner for current presenting complaint | ☐ Steri strips: Number placed:____ |
| ☑ Referral to practitioner for multiple visits for same complaint | |
| ☐ Referred to practitioner for evaluation of enrollment in CCC | |
| ☐ Custody notified of special needs | |
| ☐ No further follow up needed at this time | |

#### PATIENT EDUCATION
☐ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided     ☐ Verbal information given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care
COMMENTS: MD at previous institution recommended cyst removed.

---

| Nurse signature | Print/stamp | Date/time |
|---|---|---|

CONFIDENTIAL and PRIVILEGED
Quality Improvement Information

NA7140
Issued 8/2015
©2015 Corizon Health, Inc.
Page 2 of 2

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

Cyst on (L) eyelid

Name (print): Jackson Marco   AIS # 202136   Date of Birth █████

Institution: _____   Housing Area: _____   Date: _____

Sick Call Form Collected by Health Staff: _acw_ (initials) Title: LPN Date: 6-1-16 Time: 1000

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: _____

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    _____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

    (a) _____ Medical Provider

    (b) _____ Dental Clinic

    (c) _____ Mental Health Services

    (d) _____ Other:_____

Jackson Marco

Inmate Name   AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
© 2012 Corizon Health Information

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record
CP7166AL   Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

## Alabama Department of Corrections
### Intra-System Transfer / Receiving Screening

| | |
|---|---|
| Sending Institution: _WEDCF_ | Receiving Institution: _Holman_ |
| Date: _5/31/16_ Time: _____ | Date: _6-1-16_ Time: _1000_ |
| Known Allergies: _NKDA_ | All Health Record(s) Received: ✓ Yes ___ No (call for if not) |
| Date of Last Periodic Health Screening: _____ | Temp: _98³_ B/P: _110/14_ Pulse: _64_ Resp: _18_ |
| PPD / TB Screening Results: _0_ Date: _12/11/16_ | O2 Saturation: _97_ % Weight: _180_ lbs. |
| Current MH Code: _0_ Current HC Code: _____ | S – _I have a cyst on my eye_ |
| Current Rx: _0_ | O – _Had a 3.0 s/s Trauma._ |
| | A – _New Intake. Release to Doc_ |
| Current Treatments: _0_ | Number of Rx Cards Received: _____ or ✓ n/a |
| | Other Rx Received: _____ |
| Chronic Care Clinic Enrollment(s): _0_ | _____ or ✓ n/a |
| | Medications sent to Pharmacy or are KOP: ✓ n/a ___ Yes |
| Next CCC visit is due: _0_ | If KOP: _____ |
| Current Mental Health Needs: _0_ | _Received by / Inmate Signature_ |
| | Access to Care at this institution discussed and written instruction provided: _____ Yes |
| Next Mental Health follow-up is due: _PRN_ | _Marco Jackson_ |
| | _Acknowledged by / Inmate Signature_ |
| Current Diet Ordered: _Reg_ | Plan: |
| | Treatment Sheet to Clinic Nurse: ✓ n/a ___ Yes |
| Special Housing Required: _0_ | Chronic Care Referral to CCC Nurse: ✓ n/a ___ Yes |
| | Mental Health Referral Processed: ✓ n/a ___ Yes |
| Physical Accommodations Required: _0_ | Medical Referral Processed: ✓ n/a ___ Yes |
| | Dental Referral Processed: ✓ n/a ___ Yes |
| | Special Diet order sent to kitchen: ✓ n/a ___ Yes |
| | On-Site Provider Referral Processed: ✓ not indicated or; |
| Prescription Rx Sent: ✓ n/a ___ Yes ___ No | _____ Yes / Medical; date scheduled: _____ |
| | _____ Yes / Dental; date scheduled: _____ |
| Number of Cards: _0_ | _____ Yes / Mental Health; date scheduled: _____ |
| (Note if written prescription/s sent) | Pending off-site consults scheduled: |
| Other Rx sent: _____ | ✓ n/a ___ Yes (by Admin. Assist.) |
| (Do not send actual narcotics – prescription only) | On-site Provider notified and is scheduled to see this inmate (every 30 days from the date the consult was originally ordered – until the pending appointment is met) |
| Health Record(s) Sent: ✓ Yes (ADOC Intra-System only) | on: _____ (scheduled date). |
| Number of Volumes: _1_ | Nurse Sick-Call required: ✓ PRN |
| _____ No (non-ADOC system) | _____ Yes / date scheduled: _____ |
| _B Johnson, LPN_      _5/31/16_ | Special housing accommodation required: ✓ No ___ Yes |
| _Nurse Signature / Title_      _Date_ | If yes, ADOC notified in writing: ___ Yes |
| | _CONFIDENTIAL & PRIVILEGED_ |
| | Quality Improvement Information |
| | _W Woods, RN_      _6-1-16_ |
| | _Nurse Signature CONFIDENTIAL & PRIVIL Date_ |

Inmate Name _Jackson, Marco_     AIS# _202126_   D.O.B. ▮▮▮▮

CP70009-AL Transfer & Receiving Screening Form, re-issue 6/5/2014    (White – Medical Jacket; Yellow – Transfer Coordination)
ADOC – Office of Health Services; Form E-3-a (attach and use Nurse Progress Note if additional space is needed).
File form E-3-a (and any attachments) in the ADOC Inmate Health Record under the Nurses Progress Notes chart tab.

     Exhibit C



**Nursing Encounter Tool**
*Eyes*

| Demographic/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name WEDCF | Location Seen: EFGH | | Date Seen: 4/18/16 | Time Seen: 0200 |
| Patient Name: Last Jackson | | First Marco | MI | ID # 202136 | DOB: | Age: |

| Vital Signs: *Call Practitioner | *T>100 T:97.8 | *P>100 P: 70 | R: 16 | *SBP<100 BP: 132/76 | Pulse Ox: 96 % ☑RA ☐ O₂ | /lpm Wt: 180 | Age: ☐ Actual ☑ Reported |
|---|---|---|---|---|---|---|---|

Allergies:
Chronic care clinic? ☐ Yes ☐ No    What Clinic(s):

**Chief Complaint:** Ⓛ Eye / Upper Eyelid
**Onset Date:** _____
Have you had this problem before? ☐ Y ☐ N
**Describe:** _____

**Associated Factors**

| LEFT | COMPLAINT | RIGHT |
|---|---|---|
| ☐ | Sudden loss of vision | ☐ |
| ☐ | Loss of peripheral or side vision | ☐ |
| ☐ | Severe eye pain | ☐ |
| ☐ | Trauma | ☐ |
| ☐ | Redness | ☐ |
| ☐ | Itching | ☐ |
| ☐ | Discharge/crusting | ☐ |
| ☐ | Tearing | ☐ |
| ☐ | Scratch | ☐ |
| ☐ | Chemical exposure (irrigate promptly) | ☐ |
| ☑ | Body fluid exposure (irrigate promptly) | ☐ |
| ☐ | Eyelid complaint | ☐ |
| ☐ | Seeing spots/flashes/floaters | ☐ |
| ☐ | Sensitive to light | ☐ |
| ☑ | Blurry vision | ☐ |
| ☐ | Foreign body | ☐ |
| ☐ | Dry eye | ☐ |

☐ Pain scale now  6 /10 at worst  10  /10
What makes it better _____
What makes it worse _____

**Current Medications: (mark all that apply)**
☐ Anticoagulants ☐ Eye drops
☐ Other: _____
☐ New medication within past 30 days?
What Medication? _____

**Pertinent Medical Conditions:**
☐ Diabetes   ☐ Hypertension    ☐ HIV
☐ Stye       ☐ Corneal abrasions
☐ Glaucoma   ☐ Retinal detachment  ☐ Cataracts
☐ Recent eye surgery – specify: _____ Date: _____
☐ Lasik _____ Date: _____

**Eye Assessment:**
☑ PERRL ☐ Unequal/abnormal

| LEFT | OBSERVED | RIGHT |
|---|---|---|
| ☐ | Blood in pupil | ☐ |
| ☑ | Reactive to light | ☐ |
| ☐ | Red | ☐ |
| ☐ | Discharge | ☐ |
| ☐ | Swollen | ☐ |
| ☐ | Stye | ☐ |
| ☐ | Extra ocular movement normal | ☐ |
| ☐ | Foreign body | ☐ |
| ☐ | Eyelid complaint | ☐ |
| ☐ | Seeing spots/flashes/floaters | ☐ |
| ☐ | Sensitive to light | ☐ |
| ☐ | Blurry vision | ☐ |

☐ Snellen (if vison change reported)

R (OD) 20/ 20    L (OS) 20/ 20
Together (OU) 20/ 20

**Tests:**
☐ Fingerstick result  N/A  (Diabetics)

**Comments:** _____

Nurse signature: CL___

Print/stamp: C. Payne

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA6233b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit C



**CORIZON** HEALTH™

## Nursing Encounter Tool
### Eyes

| Patient | Last | Jackson | First | Marco | ID Number | 202136 |
|---|---|---|---|---|---|---|

---

### ☐ Emergent Intervention

Practitioner notified: _____ Time:_____

if CPR or AED is initiated use Emergency Response Form

EMS process activated      Time:_____
EMS arrival                Time:_____
EMS transport              Time:_____
Facility transported to:_____
☐ Other:_____

**COMMENTS:**

---

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ History of retinal detachment
☐ Sudden loss of vision
☐ Loss of peripheral or side vision
☐ Severe eye pain
☐ Foreign body
☐ Purulent discharge
☐ Sudden change in vision
Practitioner orders received ☐ Y ☐ N

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Other:_____
Reviewed with practitioner: ☐ MAR  ☐ Medical record

☐ Seen by practitioner   Name:_____ Time:____
☐ Contacted practitioner  Name:_____ Time:____

☐ Read back practitioners orders

Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:
**COMMENTS/ORDERS:**

---

### ☐ Nursing Intervention

#### CONTINUITY OF CARE
☐ Nurse follow up scheduled
☐ Referral to practitioner for seeing spots, flashes, floaters without other symptoms
☑ Referral to practitioner for current presenting complaint
☑ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ No further follow up needed at this time
☐ Custody notified of special needs

#### MEDICATION
☐ KOP

☐ Medication administered
☐ Medication noted on MAR

#### PATIENT EDUCATION
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided   ☐ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

---

| Nurse signature | Print/stamp | Date/time |
|---|---|---|
| *CP* LPN | *C. Pryne* | 4/18/16  0200 |

CONFIDENTIAL AND PRIVILEGED
Quality Improvement Information

©2015 Corizon Health, Inc.
Page 2 of 2

NA6233b
Issued 1/2013          Revised 8/2015



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

eye issue

stomach issue

Name (print): Jackson          AIS # 202136     Date of Birth

Institution: WDCF          Housing Area: G-23          Date: 4/17/16

Sick Call Form Collected by Health Staff: ___ (initials) Title: LPN Date: 4/17 Time: 0140

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 4/17/16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter          2 ✓ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred</u>:**

✓ $4.00 - Nurse          (a) ✓ Medical Provider

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge          (b) ____ Dental Clinic

____ $4.00 – **Scheduled but Refused Encounter**          (c) ____ Mental Health Services

(d) ____ Other:_____

Jackson, Marco          202136

Inmate Name          AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013          Distribution: Original (page 1)-Inmate Health Record          © 2014 Corizon Health, Inc.
CP7166AL          Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014          Copy (page 2)-inmate post health review



Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: **WEDCF**                                    Date: **3/31/2016** Time: **1159**

Individual Requesting Body Chart (print name): **Bradford**                Title: **Sgt.**

**Inmate statement:**

" **I/m set fire on G-side in EFGH** "

**Description of markings:**

**VSS. Lungs clear. O2 sat within normal limits. Ø nasal flaring. NAD Noted.**

Check below:
___  *NET additionally completed and filed in the inmate health record.
___  *Special Health Needs Communication Form completed and distributed as necessary.

Health Professional (signature): _____  Date: **3/31/16** Time: **1159**

CONFIDENTIAL & PRIVILEG
Quality Improvement & Pee

Inmate Name: **Marco Jackson**     AIS #: _____ DOB

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

Page 34 of 75                                    Exhibit C



## CORIZON HEALTH

### Nursing Encounter Tool
*Eyes*

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: WEDCF | Location Seen: EFGH | Date Seen: 2/6/16 | Time Seen: 0125 |
| Patient Name: Last Jackson | | First Marco MI | ID # 202136 | DO [redacted] 40 |
| Vital Signs: *Call Practitioner | *T>100 T: 98.4 | *P>100 P: 7 R: 16 | *SBP<100 BP: 129/76 | Pulse Ox: 96 % ☐RA ☐O₂: /lpm Wt: 205 ☐Actual ☑Reported |
| Allergies: NKA | | | |
| Chronic care clinic? ☐Yes ☑No   What Clinic(s): | | | |

**Chief Complaint:** Knot on (L) Upper Eyelid

**Onset Date:** 1 week

**Have you had this problem before?** ☐Y ☐N

**Describe:** _____

### Associated Factors

| LEFT | COMPLAINT | RIGHT |
|---|---|---|
| ☐ | Sudden loss of vision | ☐ |
| ☐ | Loss of peripheral or side vision | ☐ |
| ☑ | Severe eye pain | ☐ |
| ☑ | Trauma | ☐ |
| ☑ | Redness | ☐ |
| ☑ | Itching | ☐ |
| ☐ | Discharge/crusting | ☐ |
| ☐ | Tearing | ☐ |
| ☐ | Scratch | ☐ |
| ☐ | Chemical exposure (irrigate promptly) | ☐ |
| ☐ | Body fluid exposure (irrigate promptly) | ☐ |
| ☑ | Eyelid complaint | ☐ |
| ☐ | Seeing spots/flashes/floaters | ☐ |
| ☑ | Sensitive to light | ☐ |
| ☑ | Blurry vision | ☐ |
| ☐ | Foreign body | ☐ |
| ☐ | Dry eye | ☐ |

☐ Pain scale now 6 /10 at worst 10 /10

What makes it better _____

What makes it worse _____

**Current Medications: (mark all that apply)**
☐ Anticoagulants ☐ Eye drops
☐ Other: _____
☐ New medication within past 30 days?
What Medication? _____

**Pertinent Medical Conditions:**
☐ Diabetes ☐ Hypertension ☐ HIV
☐ Stye ☐ Corneal abrasions
☐ Glaucoma ☐ Retinal detachment ☐ Cataracts
☐ Recent eye surgery – specify: _____ Date: ___
☐ Lasik _____ Date: ___

**Eye Assessment:**
☐ PERRL ☐ Unequal/abnormal

| LEFT | OBSERVED | RIGHT |
|---|---|---|
| ☐ | Blood in pupil | ☐ |
| ☑ | Reactive to light | ☐ |
| ☑ | Red | ☐ |
| ☐ | Discharge | ☐ |
| ☑ | Swollen | ☐ |
| ☐ | Stye | ☐ |
| ☐ | Extra ocular movement normal | ☐ |
| ☐ | Foreign body | ☐ |
| ☑ | Eyelid complaint | ☐ |
| ☐ | Seeing spots/flashes/floaters | ☐ |
| ☑ | Sensitive to light | ☐ |
| ☐ | Blurry vision | ☐ |

☐ Snellen (if vison change reported)

R (OD) 20/ 20     L (OS) 20/ 25
Together (OU) 20/ 20

**Tests:**
☐ Fingerstick result N/A (Diabetics)

**Comments:** During altercation inmate was poked in eye by another inmates finger.
Pain/Irritation since

| Nurse signature [signature] | Print/stamp C-Payne |
|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

NA6233b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit C



**Nursing Encounter Tool**
*Eyes*

| Patient | Last Jackson, Marco | First Marco | ID Number 202136 |
|---|---|---|---|

## ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

If CPR or AED is initiated use Emergency Response Form

EMS process activated        Time: _____
EMS arrival                          Time: _____
EMS transport                      Time: _____
Facility transported to: _____
☐ Other: _____

COMMENTS: _____

## ☐ Urgent Intervention-Contact Practitioner
### Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ History of retinal detachment
☐ Sudden loss of vision
☐ Loss of peripheral or side vision
☐ Severe eye pain
☐ Foreign body
☐ Purulent discharge
☐ Sudden change in vision

☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Other: _____
Reviewed with practitioner: ☐ MAR   ☐ Medical record

☐ Seen by practitioner   Name: _____ Time: _____
☐ Contacted practitioner   Name: _____ Time: _____

Practitioner orders received ☐ Y ☐ N
☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____
COMMENTS/ORDERS: _____

## ☑ Nursing Intervention

### CONTINUITY OF CARE
☐ Nurse follow up scheduled
☑ Referral to practitioner for seeing spots, flashes, floaters without other symptoms
☑ Referral to practitioner for current presenting complaint
☐ Referral to practitioner for multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ No further follow up needed at this time
☐ Custody notified of special needs

### MEDICATION
☐ KOP

☐ Medication administered
☐ Medication noted on MAR

### PATIENT EDUCATION
☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided   ☐ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

COMMENTS: Interference w/ vision, no protocols written, referred to physician.

| Nurse signature | Print/stamp C. Payne | Date/time 2/6/16   0135 |
|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

NA6233b
Issued 1/2013

Revised 8/2015

©2015 Corizon Health, Inc.
Page 2 of 2

Exhibit C



**Alabama Department of Corrections**
**Sick Call Request**



| | |
|---|---|
| **Reason for Sick Call Request:** | My Eye has been bothering me & I got a Knot that's grown over my eye when I came to lock-up the guy I got into with stuck his finger in my eye so I think it got infection |

Name (print): MARCO JACKSON       AIS # 202136       Date of Birth ▮▮▮▮▮

Institution: W.E. Donaldson       Housing Area: Gside - 6 block/23 cell     Date: 2-4-16

Sick Call Form Collected by Health Staff: _JW_ (initials) Title: LPN Date: 2-4-16 Time: 1930

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: ŻNŻoe-CPN       Date: 2-4-16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

Co-Pay Fee Incurred:

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Inmate Name _____       AIS# _____

CONFIDENTIAL & PRIVILEGED
© 2014 Corizon Health, Inc.
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review



**CORIZON** HEALTH

## Nursing Encounter Tool
### GI
*(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female, Nausea/Vomiting)*

| Demographic/Vital Signs | | | |
|---|---|---|---|
| Facility Name: WEDCE | Location Seen: EFGH | Date Seen: 2/2/16 | Time Seen: 0230 |
| Patient Name: Last Jacksn | First Marco | MI | ID # 202136 | DOI ___ Age 40 |

**Vital Signs**
*Call Practitioner
T>100 T 99.4  P>100 P:74  R:18  SBP<100 BP:120/80  Pulse Ox:98 % RA □ O2: /lpm  Wt: 208  ☑ Actual □ Reported

Allergies:

Chronic care clinic: □ Y ☑ N   What Clinic(s):

### Subjective

Chief complaint: Uh Stomache

Onset date: a yr. ago

Have you had this problem before? □ Y ☑ N
Describe:

□ Trauma □ Y ☑ N
Describe injury:_____

**Associated Factors:**
□ Nausea
□ Vomiting □ Coffee grounds □ Bloody □ Bilious
How often _____ How long _____
Last BM: tonight
Color: □ Brown □ Tan □ Bloody □ Black/Tarry
□ Diarrhea (how often)
Describe_____ How long_____
□ Constipation
□ Urine □ Yellow □ Brown □ Bloody
□ Polydipsia □ Polyuria □ Polyphagia
□ Abdominal Pain □ RUQ □ RLQ ☑ LUQ □ LLQ
Pain Scale: Now 6 /10, Worst 9 /10
What makes it better: sleep
What makes it worse: eating
Pain is: □ Constant ☑ Intermittent ☑ Cramping
□ Burning □ Dull ☑ Sharp

**Current Medications: (mark all that apply)**
□ ASA □ Anticoagulants □ NSAIDS □ Iron
□ Steroids □ GI meds □ Psychotropics
□ Other:_____
□ New medications within past 30 days?
   What Medication?_____
**Pertinent Medical Conditions:**
□ CHF □ Stroke □ MI □ Heartburn/GERD □ Pregnant
□ Peptic Ulcer □ Crohn's □ Pancreatitis □ Diabetes
□ Gallstones □ Kidney stones □ Colitis/IBS
□ Alcohol use (_____ yrs, _____ drinks per day)
□ Tobacco use (_____ yrs, _____ packs per day)
□ End stage liver disease □ Chronic HBV/HCV
□ GI Bleed
   Treatment_____ Date:_____
□ Abdominal surgery
   List:_____  Date:_____

### Objective

Location of pain: Stomach

Pain induced/increased with walking/movement? □ Y ☑ N
Able to stand erect: ☑ Y □ N

**Eyes:**
☑ Normal
□ Yellow □ Swollen □ Watery

**Respiratory:**
☑ Normal □ Cough □ SOB
**Lungs:**
R lung ☑ Clear □ Wheezing □ Diminished □ Wet
L lung ☑ Clear □ Wheezing □ Diminished □ Wet

**Skin:**
☑ Warm □ Dry □ Pale
□ Cold □ Clammy □ Yellow

**Abdomen:**
☑ Soft non-tender □ Distended □ Rigid
□ Rebound tenderness □ Guarding □ Tender
□ Visible bulges
   Describe:_____
□ Scars or injuries
   Describe:_____

**Bowel sounds:**
☑ Present □ Absent □ Hypoactive □ Hyperactive

**Tests:**
□ Fingerstick result NA (Diabetics)
□ Dipstick U/A □ Normal □ Abnormal (see lab slip) (ALL)

**Females:**
□ uHCG □ Positive □ Negative  LMP:_____
□ N/A □ Total Hysterectomy □ Post Menopausal
Comments:

Nurse signature

Print/stamp

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7101
Issued 8/2015

©2015 Corizon Health, Inc.
Page 1 of 2

Exhibit C



**Nursing Encounter Tool**
*GI*
(GI Bleed Suspected/Lower GI Symptoms/Abdominal Pain-Male and Female, Nausea/Vomiting)

| Patient | Last *Jackson* | First *Marco* | ID Number *262136* |
|---|---|---|---|

---

### ☐ Emergent Intervention

| Practitioner notified: _____Time:_____ | EMS process activated | Time:_____ |
|---|---|---|
| | EMS arrival | Time:_____ |
| **If CPR or AED is initiated use Emergency Response Form** | EMS transport | Time:_____ |
| | Facility transported to:_____ | |
| | ☐ Other:_____ | |

**COMMENTS:**

---

### ☐ Urgent Intervention-Contact Practitioner
**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100
☐ Absent bowel sounds      ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Distended or rigid abdomen      ☐ Abnormal dipstick U/A
☐ Rebound tenderness      ☐ Positive uHCG
☐ Nausea/vomiting and/or diarrhea> 24 hours      ☐ Other:_____
☐ Bloody/tarry stools or bloody urine      Reviewed with practitioner: ☐ MAR   ☐Medical record
☐ Bloody/coffee ground emesis      ☐ Seen by practitioner   Name:_____Time:_____
☐ Unable to stand erect      ☐ Contacted practitioner  Name:_____Time:_____

Practitioner Orders Received ☐ Y  ☐ N      ☐ Read back practitioner's orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:_____

**COMMENTS/ORDERS:**

---

### 🖐 Nursing Intervention

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|

☐ Stool guaiac cards and instructions given
☐ Clear liquids x 24
☐ Nurse follow up scheduled      ☐ O₂ @ _____ LPM via_____
☐ Referral to practitioner for current presenting complaint      ☐ OTC medication per site guideline
☐ Referral to practitioner for multiple visits for same complaint      List: Antacid, Mylanta, Colace
☐ Referred to practitioner for evaluation of enrollment in CCC
☐ Custody notified of special needs      ☐ KOP
☐ No further follow up needed at this time      ☐Medication administered
☐ Other: _____      ■Medication noted on MAR

**PATIENT EDUCATION**
■ Patient educated to contact medical if symptoms develop or worsen
■ Written information provided    ■Verbal information given
■ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:** *Colace 100g ⊘ tabs PO ā day X 3 days*

---

| *(Nurse signature)* | *(Print/stamp)* | CONFIDENTIAL PRIVILEGED Quality Improvement information Date/time |
|---|---|---|
| **Nurse signature** | **Print/stamp** | |

©2015 Corizon Health, Inc.
Page 2 of 2



### Alabama Department of Corrections
### Sick Call Request



**Reason for Sick Call Request:** My stomach ache real bad at time it make a growling noise but when it does it. It also feel like something or someone is crawling inside or feel like it's boiling

Name (print): MARCO JACKSON    AIS # 202136    Date of Birth ▇▇▇▇

Institution: N.E. Donaldson    Housing Area: G-23    Date: 1-31-16

Sick Call Form Collected by Health Staff: am (initials) Title: Rn Date: 2/1/16 Time: 600a

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

_____ Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: Amvclai, Rn    Date: 2/1/16

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

X $4.00 - Nurse

_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

_____ $4.00 – Scheduled but Refused Encounter

2 _____ Referral for follow up required; to be scheduled

(a) _____ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) _____ Other:_____

---

Inmate Name  Marco Jackson    202136
                               AIS#

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record    © 2014 Corizon Health, Inc.
CP7166AL                        Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review