## CERTIFICATION OF RECORDS

I, Lecie L. Thompson, hereby certify and affirm that I am the custodian of records and that the attached Investigative Report is a true and correct photocopy of a document maintained in the file at the State of Alabama Department of Corrections, Investigations & Intelligence Division.

I do hereby certify and affirm on this the 19th day of October, 2017.

Lecie L. Thompson

STATE OF ALABAMA        )

MONTGOMERY COUNTY )

SWORN AND SUBSCRIBED before me and given under my hand and official seal this the 19th day of October, 2017.

NOTARY PUBLIC

**Exhibit P**

## INVESTIGATIVE REPORT



**ALABAMA DEPARTMENT OF
CORRECTIONS**
Commissioner Jefferson S Dunn

**INVESTIGATIONS & INTELLIGENCE
DIVISION**
Director Arnaldo Mercado

**Confidential-For Official Use Only**

| Offense | Internal Affairs Investigation | | Case No. | 16-2792 | |
|---|---|---|---|---|---|
| Location | WC Holman CF | County | Escambia | Date of Offense: | 11/09/16 |

| Victim(s): 1.Inmate Brandon Odon B/280023  2. | Subject(s): 1. South/Central/North CERT Team members  2. |
|---|---|

## COMPLAINT:

On Sunday, November 20, 2016, Warden William Streeter confiscated Inmate Brandon Odon's B/280023 cell phone while the CERT Teams were conducting search of B-Dorm and did locate on Inmate Odon's confiscated cell phone, text conversations between Inmate Odon and Christopher Harress, Investigative Reporter for the Mobile Press Register.  On November 19, 2016, Inmate Odon was placed in Segregation for Possession of cell phone accessories, conspiracy to commit a rule violation, and intentionally creating a security, safety, or health hazard.  Inmate Odon is claiming that while the CERT Team was conducting the search of B-Dorm, resulting in recovery of (30) thirty prison made knives, the CERT Team injured Inmate Odon causing injury to Inmate Odon's neck, back and shoulder.

## DETAILS:

On Wednesday, November 9, 2016 at approximately 0635 hours, North Central, South Central and Southern CERT Teams entered B-Dorm to arrest the suspects.  All inmates were given orders to report to their assigned bed, lay down, and place their hands behind their back.  The following inmates refused to comply: Reginald Mims B/298473, Fred Quinnie B/263975, Leon Carmichael B/165648, Johnny Wilson B/250154, Rodrickus Barnett B283861, Quinton King B/283861, Quandarian Faulkner B/259678, Marquis Anderson B/189119, Gregory Sykes B/277905, Donald Lockett B/295678, Michael Brown B/294692, Alfonzo Daniels B/292113, Hollis Fowler B/290976, Marquis Page B/286741, Alvin Reese B/281167, Reontay Harley B/264878, Brandon Washington B/283165, Demarquis Brown B/294289, Derrick Allen B/281042, and Moses Robinson B/206225.  The CERT Teams used the force necessary to have the inmates comply with the orders given.  The inmates were placed in custody and escorted to the Health Care Unit for Medical Assessment, after which the above inmates were placed in Segregation without further incident.  The CERT Team searched B-Dormitory and recovered (30) thirty prison made knives.  All inmates were given Disciplinary write ups for Failure to Obey a Direct Order of an ADOC employee, Gathering in a Threatening or intimidating manner, Unauthorized Possession of a Weapon or Device that could be used as a Weapon.

On Sunday, November 20, 2016, Warden William Streeter confiscated Inmate Brandon Odon's cell phone while the CERT Teams were conducting search of B-Dorm and did locate on Inmate Odon's confiscated cell phone, text conversations between Inmate Odon and Christopher Harress, Investigative Reporter for the Mobile Press Register.  Inmate Odon was placed in Segregation for Possession of a knife, possession of cell phone accessories, conspiracy to commit a rule violation, and intentionally creating a security, safety, or health hazard.  Inmate Odon is claiming that while the CERT Team was conducting the search of B-Dorm, resulting in recovery of (30) thirty prison made knives, the CERT Team injured Inmate Odon causing injury to Inmate Odon's neck, back and shoulder.  Upon Officers being notified of Inmate Odon's injuries, Inmate Odon was escorted to the Health Care Unit for assessment.  On Wednesday, November 16, 2016, an X-Ray was conducted by Dr. Justin Pham which concluded no pleural effusions and no acute fractures.

Exhibit P

**16-2792**

According to the Institutional Report (HCF-16-01228) of the CERT Team B-Dorm search that occurred on November 9, 2016 at 0635 hours, Inmate Odon was **NOT** listed as an inmate involved in the B-Dorm search or those inmate who received Medical Assessments.  On Saturday, November 19, 2016 at approximately 1700 hours at WC Holman Correctional Facility, CERT Team Correctional Sergeant Jesse Wilson observed Inmate Odon in the main hallway wearing a neck brace, arm sling and walking with a crutch.  Sgt. Wilson asked Inmate Odon where the medical equipment had come from.  Inmate Odon advised that the medical equipment had been given to him by other inmates.  Sgt. Wilson searched Inmate Odon and located (1) one cell phone identification label and (1) one cell phone charger adaptor.  The cell phone label and cell phone charger was confiscated by Sgt. Wilson and Inmate Odon was escorted to the Health Care Unit for assessment of Inmate Odon's alleged injuries.  Upon assessment of no injuries and a previous X-Ray conducted, Inmate Odon was escorted to Segregation for the Institutional Disciplinary violations.

On Tuesday, November 22, 2016 at approximately 1504 hours, Agent David Jones interviewed Inmate Brandon Odon at WC Holman Correctional Facility in the Captain's Office in Segregation.  Inmate Oden was advised of his rights, which he waived.  When Inmate Oden entered the office, Agent Jones observed Inmate Oden moving extremely slow, and appeared to be in pain.  I asked Inmate Oden what had happened.  Inmate Oden stated that the CERT Team had beat him and stepped on his neck while searching B-Dorm on November 9, 2016.  Inmate Oden stated that he doesn't know which CERT Team members are responsible for beating him because the CERT Team members cover their faces and do not wear name tags.  Inmate Oden initially stated that no X-Ray was conducted on Inmate Oden.  Agent Jones revealed the results of the X-Ray and Inmate Oden stated that he did have an X-Ray completed.  Agent Jones revealed to Inmate Oden that there were no injuries substantiated according to the X-Ray.  Inmate Oden stated that he had been given the neck brace by a fellow inmate named "Boo".  Inmate Oden stated that he has been in contact via Facebook with Cal Robinson of the Birmingham News and Investigative Reporter Christopher Harress regarding the conditions of the prisons and how inmates are being mistreated.  Inmate Oden stated that he had given his phone to another inmate prior to being placed in Segregation.  Inmate Oden stated and it was confirmed that Inmate Oden that the Health Care Unit Nurse had completed Medical Assessments on November 10th and November 15th prior to having the X-Ray being done.  Since Inmate Oden was still complaining about pain in his shoulder, neck and groin area, I advised Inmate Oden that I would advise the Nurse in the Health Care Unit to check on him again and evaluate his injuries.

On November 22, 2016 at approximately 0830 hours, Agent Jones met with Correctional Sgt. Jesse Wilson.  Sgt. Wilson advised that he had been located a Facebook account for Inmate Brandon Oden.  Upon looking at the Facebook page, Inmate Oden had posted screen shots on his Facebook page of the text messages (from Facebook Messenger) between Inmate Oden and the Investigative Reporter Christopher Harress.  Agent Jones also located a video recorded by Inmate Oden on Sunday, November 13, 2016 at 1424 hours that Inmate Oden posted to Inmate Oden's Facebook page.  The video is approximately 3 ½ minutes in length and Inmate Oden is talking about how difficult life is in prison, but "it's a small thing to a giant".  Inmate Oden is moving and walking around in the video with no sign of being in pain or movement impaired by sustained injuries as described by Inmate Oden during the interview on Tuesday, November 22, 2016 that Inmate Oden stated occurred on November 9, 2016.

On Monday, December 12, 2016, Agent Jones collected written statements from the following CERT Team members: Captain A. McClain, Captain J. Baldwin, CO A. Edmonds, Sr., CO A. Hadley, CO A. Lewis, CO C. Sanders, CO C. Tunstall, CO D. Brown, CO D. Dennis, CO D. Fleeton, CO D. Knight, CO G. Patterson, CO H. Finklea, CO J. Bullard, CO J. Luitze, CO J. Standford, CO M. Harrison, CO N. McQuirter, CO O. Parker, CO S. Terry, CO T. Jones, Lt. A. Pacheco, Lt. B. Walker, Lt. D. Fountain, Lt. D. Whitley, Lt. J. Griffin, Lt. L. McCovery, Sgt. S. Snelson, Sgt. C. Arthur, Sgt. J. Pryor, Sgt. J. Wilson and Sgt. M. Gaston.  All statements were consistent that on November 7, 2016, CERT Team members ordered inmates in B-Dorm to remove sticks and tied up blankets from their beds.  The sticks and blankets are used to conceal the inmates and other contraband that can be a safety hazard to Officers.  The inmates refused to comply and became very hostile and aggressive toward the CERT Team members.  The inmates crowded around the team in a threatening manner,

<u>16-2792</u>

yelling "this is 2016 and we run this". The Southern CERT Team members observed several unidentified inmates with prison made knifes and ice picks. The CERT Team members were able to exit the dormitory without incident. Southern CERT Team members were able to identify several of the inmates via IMAS that were in possession of weapons.

<u>DISPOSITION:</u>

According to statements provided by the CERT Team members regarding the level of force used in response to the threat level encountered in B-Dorm, while conducting the search on November 9, 2016, the apparent threat that was visible to the South CERT Team with inmates possessing knives and ice picks seen on November 7, 2016, which poses a deadly threat or serious bodily harm to Officers and/or Inmates; based on the evidence and statements gathered, ADOC personnel **acted in accordance with the Policies and Procedures of the Alabama Department of Corrections.** The injuries sustained by the inmates were minimal based on the Medical Assessments completed by the Health Care Staff on November 9, 2016.

| Case Type: | | Case Disposition: | | Exec. Cleared: | | Status: | |
|---|---|---|---|---|---|---|---|
| Criminal | | Substantiated | ___ | | | Open | ___ |
| Administrative | x | Unsubstantiated | ___ | Sup./Offender Death | ___ | Closed | x |
| | | Unfounded | x | Prosecution Denied | ___ | Pending | ___ |
| | | Cleared by Arrest | ___ | Vic. Refused to Cooperate | ___ | Inactive | ___ |

| Copies of Report to: | | Date of Report Completion: | 01/04/17 |
|---|---|---|---|
| Commissioner | x | Investigator: | Agent David Jones |
| DA | | Report Typed by: | Agent David Jones |
| DC/AC | x | Supervisor Review: | |
| Other | x | Final Review by: | A.  Mercado 2/6/17 |
| | | | **Director/Assistant Director** |

THIS REPORT IS PROPERTY OF THE ALABAMA DEPARTMENT OF CORRECTIONS AND MAY BE RELEASED TO AUTHORIZED PERSONS <u>ONLY</u> AS DIRECTED BY THE COMMISSIONER OF CORRECTIONS/DESIGNEE OR THE I & I DIVISION DIRECTOR/DESIGNEE OR AS REQUIRED BY LAW

<u>/s/  **Agent David Jones**</u>

**Revised 7/30/2016**

Exhibit P