# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH MARCO JACKSON, #202136, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 17-103-CG-MU ) |
| JEFFERSON DUNN, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE